# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   19-64430-SMS

**Case Name:**   COOK, JAMES CARLTON

**For Period Ending:**   06/30/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   09/11/2019 (f)

**§ 341(a) Meeting Date:**   10/15/2019

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Misc. Household Goods | 2,300.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. Phones, Electronics | 670.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. golf clubs, skis, other sporting equipment. | 275.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Clothing | 425.00 | 0.00 | | 0.00 | FA |
| 5 | Pet Dog | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 56.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Checking Account - Fidelity Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Checking Account - Fidelity Bank 8532 | 325.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Checking Account - Fidelity Bank 6422 | 233.12 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money: Ally Bank | 1,299.00 | 0.00 | | 0.00 | FA |
| 11 | Interest in PJC Holdings, LLC, 10% ownership | Unknown | 0.00 | | 0.00 | FA |
| 12 | IRA: Fidelity Investments Roth IRA | 11,633.03 | 0.03 | | 0.00 | FA |
| 13 | IRA: Fidelity | 13,792.40 | 0.00 | | 0.00 | FA |
| 14 | Insurance License | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Possible 2018 tax refund - extension filed: Federal<br>44-13-100(a)(6) exemption available to cover. | Unknown | 2,394.50 | | 0.00 | FA |
| 16 | Health Savings Account Lively HSA | 2,869.13 | 0.00 | | 0.00 | FA |
| 17 | Fraudulent Transfers (u) | Unknown | 1.00 | | 0.00 | 1.00 |
| **17** | **Assets        Totals**      (Excluding unknown values) | **$33,877.68** | **$2,395.53** | | **$0.00** | **$1.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2

**Case No.:**   19-64430-SMS

**Case Name:**   COOK, JAMES CARLTON

**For Period Ending:**   06/30/2021

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   09/11/2019 (f)

**§ 341(a) Meeting Date:**   10/15/2019

**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

   6/30/2021 - Trustee is investigating transfer of assets to insider trusts.

**Initial Projected Date Of Final Report (TFR):**   12/31/2021

**Current Projected Date Of Final Report (TFR):**   12/31/2022

_____
07/30/2021
Date

_____
/s/S. Gregory Hays
S. Gregory Hays